**DISMISS and Opinion Filed April 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00070-CV**

**MANOUCHEHR MALEKAN A/K/A MANNY MALEKAN,**
**MESA COMMONS, LLC, AND MALACHITE GROUP, LTD., Appellants**
**V.**
**STELLAR RESTORATION SERVICES, LLC, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-05915-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellants' motion to dismiss the appeal because the parties have reached an agreement settling their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220070F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MANOUCHEHR MALEKAN
A/K/A MANNY MALEKAN,
MESA COMMONS, LLC,
MALACHITE GROUP, LTD.,
Appellants
s
No. 05-22-00070-CV        V.

STELLAR RESTORATION
SERVICES, LLC, Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-05915-
2020.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee STELLAR RESTORATION SERVICES, LLC recover its costs of this appeal from appellants MANOUCHEHR MALEKAN A/K/A MANNY MALEKAN, MESA COMMONS, LLC, and MALACHITE GROUP, LTD.

Judgment entered April 13, 2022